UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES GONZALES,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social Security Administration,**<br><br>        Defendant. | Case No. CV 08-1108 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: November 5, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge